# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

| Case No. | CV 22-2490-GW-Ex | Date | July 7, 2022 |
|---|---|---|---|
| Title | *Oscar Rivera v. Ryder Integrated Logistics, Inc., et al.* | | |

Present: The Honorable **GEORGE H. WU, UNITED STATES DISTRICT JUDGE**

| Javier Gonzalez | Terri A. Hourigan | |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Eugene Zinovyev | Mara D. Curtis |

**PROCEEDINGS:** **TELEPHONIC HEARING ON PLAINTIFF OSCAR RIVERA'S MOTION TO REMAND PURSUANT TO 28 U.S.C. § 1447 [39]; and DEFENDANTS' MOTION TO CONSOLIDATE THE TWO CASES FILED BY PLAINTIFF OSCAR RIVERA AGAINST DEFENDANTS WHICH ARE BOTH PENDING IN THIS COURTROOM [40]**

The Court's Tentative Ruling was issued on July 6, 2022 [48]. Oral argument is held. The Tentative Ruling is adopted as the Court's Final Ruling. The Court DENIES Plaintiff's Motion to Remand and GRANTS Defendants' Motion to Consolidate Cases. This action is now consolidated with *Oscar Rivera v. Ryder Integrated Logistics, Inc., et al.*, CV 22-267-GW-Ex for pretrial purposes. Counsel are directed to make all future filings in the CV 22-267-GW-Ex matter which will be the lead case.

The Court sets a scheduling conference for July 25, 2022 at 8:30 a.m. The parties are to file a joint scheduling report by noon on July 21, 2022.

|  | : | 08 |
|---|---|---|
|  | Initials of Preparer | JG |